In the Matter of the Claim of EDWARD A. PUDSEY, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 4, 1948; decided October 14, 1948.

*John M. Cullen* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not served and filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.